| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stamp Jr, Frederick P. | 2. Court or Organization<br><br>USDC/Northern West Virginia | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>P.O. Box 791<br>Wheeling, WV 26003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. 2015 | Self-Employed Jewelry Manufacturing |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Alps ETF Tr Alerian MLP | D | Dividend | | | Sold | 11/19/15 | L | | |
| 3. Automatic Data Processing | E | Dividend | O | T | | | | | |
| 4. JP Morgan Chase & Co | E | Dividend | O | T | | | | | |
| 5. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 6. CDK Global Inc | B | Dividend | M | T | | | | | |
| 7. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 8. Chevron Corp | D | Dividend | M | T | | | | | |
| 9. Conocophillips | D | Dividend | M | T | | | | | |
| 10. Dow Chemical Co | D | Dividend | M | T | | | | | |
| 11. EMC Corp Mass | C | Dividend | M | T | | | | | |
| 12. Exxon Mobil Corp Com | E | Dividend | N | T | | | | | |
| 13. Forum Funds Merk Hard Inst | | None | | | Sold | 05/06/15 | L | | |
| 14. General Electric | E | Dividend | O | T | | | | | |
| 15. Alphabet Inc Cl A (formerly Google Inc Cl A) | | None | M | T | | | | | |
| 16. Alphabet Inc Cl C (formerly Google Inc Cl C) | A | Dividend | M | T | | | | | |
| 17. Hazlett, Burt & Watson, Inc. | B | Int./Div. | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp | D | Dividend | N | T | | | | | |
| 19. Intercontinental Exchange Group | B | Dividend | M | T | | | | | |
| 20. Invesco Select Real Est Y | D | Dividend | L | T | Buy (add'l) | 12/14/15 | J | | |
| 21. PPG Corp | C | Dividend | M | T | | | | | |
| 22. Pimco Commodity Real Rtn Strat | C | Dividend | | | Buy | 02/11/15 | L | | |
| 23. | | | | | Sold | 11/20/15 | L | | |
| 24. Wasatch Funds Inc 1st Source | A | Dividend | L | T | Buy (add'l) | 12/30/15 | J | | |
| 25. Zimmer Biomet Holdings Inc (formerly Zimmer Holdings) | C | Dividend | O | T | | | | | |
| 26. 3M Company | C | Dividend | M | T | | | | | |
| 27. Century Properties X LP | D | Rent | M | W | | | | | |
| 28. Century Properties XI LP | D | Rent | | | Closed | 12/31/15 | K | | |
| 29. Century Properties XII LP | A | Rent | K | W | | | | | |
| 30. Century Properties XIV LP | D | Rent | L | W | | | | | |
| 31. Century Properties XV LP | D | Rent | M | W | | | | | |
| 32. Century Properties XVI LP | D | Rent | M | W | | | | | |
| 33. Century Properties XVIII LP | D | Rent | L | W | | | | | |
| 34. Century Properties XIX LP | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Properties XX LP | B | Rent | L | W | | | | | |
| 36. Century Properties XXIII | B | Rent | L | W | | | | | |
| 37. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 38. American Century Mutual Funds Inc Heritage | | None | M | T | Buy (add'l) | 12/23/15 | J | | |
| 39. T Rowe Price New Horizons | | None | N | T | Buy (add'l) | 12/16/15 | K | | |
| 40. Fidelity Prime Fund Capital Reserves "C" | A | Interest | N | T | | | | | |
| 41. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 42. Allergan Inc | A | Dividend | M | T | Sold (part) | 03/18/15 | N | F | |
| 43. Allergan Inc (merger Allergan/Actavis PLC) | | | | | Merged (with line 42) | 03/18/15 | M | | |
| 44. Apple Computer Inc | D | Dividend | O | T | | | | | |
| 45. CR Bard Inc | B | Dividend | N | T | | | | | |
| 46. Caterpillar | D | Dividend | M | T | | | | | |
| 47. Chubb Corp | B | Dividend | M | T | | | | | |
| 48. Walt Disney Co | D | Dividend | O | T | | | | | |
| 49. Home Depot | E | Dividend | P1 | T | | | | | |
| 50. Ishares TR Future Issues China (Xinhua Index) | D | Dividend | M | T | | | | | |
| 51. Ishares-TR MSCI Emerging Market Index Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft | E | Dividend | O | T | | | | | |
| 53. Paychex Inc | D | Dividend | M | T | | | | | |
| 54. Pepsico | D | Dividend | N | T | | | | | |
| 55. Pinnacle West Cap CP | C | Dividend | M | T | | | | | |
| 56. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 57. Roper Technology Inc (formerly Roper Industries Inc) | D | Dividend | P1 | T | | | | | |
| 58. Schlumberger Ltd | D | Dividend | M | T | | | | | |
| 59. Varian Med Sys Inc | | None | N | T | | | | | |
| 60. Verizon Communications | C | Dividend | L | T | | | | | |
| 61. Visa Inc | A | Dividend | L | T | Buy | 02/23/15 | L | | |
| 62. Walgreens Boots Alliance Inc (formerly Walgreen Company) | C | Dividend | N | T | | | | | |
| 63. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 64. Chase Bank accounts | | None | | | Closed | 01/15/15 | J | | |
| 65. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 66. General Mills | A | Dividend | K | T | | | | | |
| 67. WesBanco | A | Dividend | J | T | | | | | |
| 68. Riverview Assoc. | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #1 (Security National) | | | | | | | | | |
| 70. Federated Prime Obligations Fund | A | Dividend | J | T | | | | | |
| 71. Amgen | C | Dividend | M | T | | | | | |
| 72. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 73. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 74. IBM | B | Dividend | K | T | | | | | |
| 75. Intel Corp | A | Dividend | K | T | | | | | |
| 76. Ishares MSCI EM Mkt | A | Dividend | K | T | | | | | |
| 77. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 78. BHP Billiton LTD | B | Dividend | J | T | | | | | |
| 79. South32 (spinoff BHP Billiton LTD) | | None | | | Spinoff (from line 78) | 06/02/15 | J | | |
| 80. | | | | | Sold | 11/24/15 | J | | |
| 81. Chubb Corp | A | Dividend | K | T | | | | | |
| 82. Cisco Systems Inc | B | Dividend | K | T | | | | | |
| 83. Dominion Resources Inc | B | Dividend | L | T | | | | | |
| 84. Halyard Health | | None | | | Sold | 02/12/15 | J | | |
| 85. Home Depot Inc | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Paypal Holdings Inc (spinoff from Ebay Inc) | | None | K | T | Spinoff (from line 102) | 07/27/15 | K | | |
| 87. Procter & Gamble Company | B | Dividend | L | T | | | | | |
| 88. Pepsico Inc | B | Dividend | L | T | | | | | |
| 89. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 90. Qualcomm Inc | A | Dividend | K | T | | | | | |
| 91. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 92. General Electric Co. | B | Dividend | L | T | | | | | |
| 93. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 94. Kimberly Clark Corp | B | Dividend | L | T | | | | | |
| 95. Microsoft | B | Dividend | K | T | | | | | |
| 96. Omnicom Group | B | Dividend | L | T | | | | | |
| 97. Schlumberger Ltd | B | Dividend | L | T | | | | | |
| 98. AT&T Inc | B | Dividend | K | T | | | | | |
| 99. Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 100. Thermo Fisher | A | Dividend | M | T | | | | | |
| 101. EMC Corporation | B | Dividend | L | T | | | | | |
| 102. Ebay Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. United Technologies | B | Dividend | L | T | | | | | |
| 104. Verizon | B | Dividend | K | T | | | | | |
| 105. Visa Inc | | None | K | T | Buy | 11/24/15 | K | | |
| 106. Walt Disney Co | B | Dividend | M | T | | | | | |
| 107. Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 108. Trust #2 (Security National) | | | | | | | | | |
| 109. Federated Tax Free Obligations | A | Dividend | M | T | | | | | |
| 110. Sterling WV Intermediate Tax Free Fund | D | Dividend | N | T | | | | | |
| 111. ConocoPhillips | C | Dividend | L | T | | | | | |
| 112. Caterpillar Inc | C | Dividend | M | T | | | | | |
| 113. CR Bard | A | Dividend | M | T | | | | | |
| 114. Blackrock Inc | C | Dividend | M | T | | | | | |
| 115. Intel Corp | C | Dividend | M | T | | | | | |
| 116. IBM | C | Dividend | M | T | | | | | |
| 117. Ishares MSCI Emerging Markets Index | A | Dividend | | | Sold | 11/30/15 | L | | |
| 118. Ishares TR S&P Small Cap 600 Growth | A | Dividend | L | T | | | | | |
| 119. Ishares TR S&P Small Cap 600 Value | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 121. Kraft Heinz Co (formerly Kraft Foods) | B | Dividend | L | T | Buy (add'l) | 07/19/15 | J | | |
| 122. | | | | | Sold (part) | 12/14/15 | J | D | |
| 123. Mondelez Intl | B | Dividend | L | T | | | | | |
| 124. Constellation Brands | C | Dividend | O | T | | | | | |
| 125. Devon Energy | B | Dividend | L | T | | | | | |
| 126. EMC Corp | B | Dividend | M | T | | | | | |
| 127. Eaton Vance Floating Rate I | D | Dividend | M | T | | | | | |
| 128. Ebay Inc | | None | K | T | | | | | |
| 129. Paypal Holdings Inc (spinoff from Ebay Inc) | | None | K | T | Spinoff (from line 128) | 07/27/15 | K | | |
| 130. Procter & Gamble Company | D | Dividend | N | T | | | | | |
| 131. Duke Energy | C | Dividend | L | T | | | | | |
| 132. Qualcomm Inc | B | Dividend | | | Sold | 11/30/15 | L | | |
| 133. Quest Diagnostics | B | Dividend | M | T | | | | | |
| 134. Schlumberger LTD | C | Dividend | M | T | | | | | |
| 135. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 136. Zimmer Biomet Holdings Inc (formerly Zimmer Holdings) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 3M | D | Dividend | N | T | | | | | |
| 138. Omnicom Group | D | Dividend | N | T | | | | | |
| 139. Chevron Corp | D | Dividend | M | T | | | | | |
| 140. Chubb Corp | B | Dividend | L | T | | | | | |
| 141. Cisco Systems | B | Dividend | M | T | Buy (add'l) | 11/30/15 | L | | |
| 142. Visa Inc | A | Dividend | M | T | Buy | 02/23/15 | L | | |
| 143. | | | | | Buy (add'l) | 11/30/15 | L | | |
| 144. Walt Disney Co | D | Dividend | N | T | | | | | |
| 145. Wells Fargo | B | Dividend | L | T | | | | | |
| 146. Weyerhaeuser Company | B | Dividend | K | T | | | | | |
| 147. Thermo Fisher | B | Dividend | N | T | | | | | |
| 148. Altria Group Inc | D | Dividend | M | T | | | | | |
| 149. Union Pacific Corp | E | Dividend | N | T | | | | | |
| 150. United Technologies Corp | C | Dividend | L | T | | | | | |
| 151. Verizon Communications | D | Dividend | M | T | | | | | |
| 152. Abbott Labs | B | Dividend | L | T | | | | | |
| 153. Abbvie | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 155. Apple Inc | B | Dividend | L | T | | | | | |
| 156. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 157. AT&T | D | Dividend | M | T | | | | | |
| 158. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 159. General Mills Inc. | D | Dividend | M | T | | | | | |
| 160. Gilead Sciences Inc | B | Dividend | M | T | | | | | |
| 161. Alphabet Inc Cl A (formerly Google Inc CL A) | | None | L | T | | | | | |
| 162. Alphabet Inc Cl C (formerly Google Inc CL C) | A | Dividend | L | T | | | | | |
| 163. Grainger WW Inc | D | Dividend | N | T | | | | | |
| 164. Home Depot | D | Dividend | O | T | | | | | |
| 165. Microsoft Corp Com | D | Dividend | N | T | | | | | |
| 166. Oracle Corp Com | D | Dividend | N | T | | | | | |
| 167. Philip Morris Intl Inc | D | Dividend | N | T | | | | | |
| 168. CVS | D | Dividend | N | T | | | | | |
| 169. Trust #3 | | | | | | | | | |
| 170. AT&T | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Abbott Labs | A | Dividend | K | T | | | | | |
| 172. Abbvie | B | Dividend | L | T | | | | | |
| 173. Air Products & Chemicals | B | Dividend | L | T | | | | | |
| 174. Altria Group | B | Dividend | L | T | | | | | |
| 175. Dominion Resources | B | Dividend | K | T | | | | | |
| 176. EMC Corp | A | Dividend | L | T | | | | | |
| 177. Pepsico | B | Dividend | L | T | | | | | |
| 178. Philip Morris Int'l Inc | C | Dividend | L | T | | | | | |
| 179. Intel Corp | C | Dividend | M | T | | | | | |
| 180. Genuine Parts Co. | B | Dividend | L | T | | | | | |
| 181. Harbor Intl I | C | Dividend | L | T | Buy (add'l) | 12/18/15 | J | | |
| 182. Manning & Napier World Opportunity Ser Cl A | | None | | | Sold | 11/20/15 | K | D | |
| 183. Praxair Inc | A | Dividend | K | T | | | | | |
| 184. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 185. b3M Company | B | Dividend | L | T | | | | | |
| 186. United Technologies | B | Dividend | L | T | | | | | |
| 187. Visa Inc | | None | K | T | Buy | 11/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Yum Brands | B | Dividend | L | T | | | | | |
| 189. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 190. California Res Corp | | None | | | Sold | 02/09/15 | J | B | |
| 191. Canadian Nat'l Ry Co | A | Dividend | L | T | | | | | |
| 192. Chubb Corp | B | Dividend | M | T | | | | | |
| 193. Occidental Pete Corp | C | Dividend | L | T | | | | | |
| 194. PPG Industries | A | Dividend | K | T | | | | | |
| 195. Raytheon Corp | B | Dividend | L | T | Sold (part) | 03/18/15 | K | D | |
| 196. WEC Energy Group Inc (formerly Wisconsin Energy Corp) | A | Dividend | L | T | | | | | |
| 197. Wells Fargo & Co | B | Dividend | L | T | | | | | |
| 198. Entergy Corp New | B | Dividend | K | T | | | | | |
| 199. General Electric Company | D | Dividend | M | T | | | | | |
| 200. International Business Mach Corp | B | Dividend | L | T | | | | | |
| 201. Ishares MSCI EM Mrkt | A | Dividend | K | T | | | | | |
| 202. Ishares MSCI EAFE Index | B | Dividend | L | T | | | | | |
| 203. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 204. Ishares MSCI All CNTRY Asia Ex JP FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Archer Daniels Midland | B | Dividend | L | T | | | | | |
| 206. Blackrock Inc | B | Dividend | L | T | | | | | |
| 207. Eagle Ser Mid Cap Stock Fd Class I | E | Dividend | M | T | Buy (add'l) | 12/23/15 | K | | |
| 208. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 209. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 210. Federated Tax-Free Obligation Fund | A | Dividend | K | T | | | | | |
| 211. JPMorgan Intermed TaxFree Bond | E | Dividend | O | T | | | | | |
| 212. JPMorgan Muni Income Fund | C | Dividend | M | T | | | | | |
| 213. JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 214. JPMorgan Tr I Tax Aware Real Rtn Fd | B | Dividend | L | T | | | | | |
| 215. Payden High Income Fund | D | Dividend | M | T | | | | | |
| 216. Fidelity Advisor High Inc Adv | D | Dividend | M | T | | | | | |
| 217. General Mills | B | Dividend | L | T | | | | | |
| 218. Verizon | B | Dividend | K | T | | | | | |
| 219. Home Depot | C | Dividend | M | T | | | | | |
| 220. Microsoft Corp Com | D | Dividend | M | T | | | | | |
| 221. Cisco Systems | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Coca-Cola | B | Dividend | L | T | | | | | |
| 223. Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 224. Dodge & Cox Int'l Stock Fund | B | Dividend | L | T | | | | | |
| 225. Trust #4 (Security National) | | | | | | | | | |
| 226. Federated Government Obligations Fund | A | Dividend | J | T | | | | | |
| 227. 3M Co | A | Dividend | K | T | | | | | |
| 228. AT&T | A | Dividend | J | T | | | | | |
| 229. Chevron | A | Dividend | J | T | | | | | |
| 230. Duke Energy | A | Dividend | J | T | | | | | |
| 231. General Electric | A | Dividend | K | T | | | | | |
| 232. Abbott Labs | A | Dividend | J | T | | | | | |
| 233. Abbvie | A | Dividend | K | T | | | | | |
| 234. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 235. Conocophillips Com | A | Dividend | J | T | | | | | |
| 236. Halyard Health Inc | | None | | | Sold | 02/17/15 | J | A | |
| 237. IBM | A | Dividend | J | T | | | | | |
| 238. Intel Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 38

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 240. Kimberly Clark Corp | A | Dividend | | | Sold | 02/17/15 | J | D | |
| 241. Pepsico | A | Dividend | K | T | | | | | |
| 242. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 243. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 244. Schlumberger | A | Dividend | J | T | | | | | |
| 245. United Technologies | A | Dividend | K | T | | | | | |
| 246. Verizon Communications | A | Dividend | J | T | | | | | |
| 247. Walt Disney Co | A | Dividend | K | T | | | | | |
| 248. Thermo Fisher | A | Dividend | K | T | | | | | |
| 249. IRA #2 (HBW) | | | | | | | | | |
| 250. Ishares MSCI EAFE ETF | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 251. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 252. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 253. S&P Depository Rec | A | Dividend | K | T | | | | | |
| 254. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 255. Federated Prime Obligation #10 | A | Dividend | J | T | Buy | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Prime Fund Capital Reserves "B" | A | Interest | O | T | | | | | |
| 257. Air Products & Checmical Inc | B | Dividend | L | T | | | | | |
| 258. Allegion Pub LTD Co | A | Dividend | L | T | | | | | |
| 259. Allergan Inc | A | Dividend | M | T | Sold (part) | 03/18/15 | N | E | |
| 260. Allergan Inc (merger Allergan/Actavis PLC) | | | | | Merged (with line 259) | 03/18/15 | M | | |
| 261. Amazon.com Inc | | None | M | T | | | | | |
| 262. Caterpillar | C | Dividend | M | T | | | | | |
| 263. Coach Inc | D | Dividend | M | T | | | | | |
| 264. Coca Cola Inc | B | Dividend | K | T | | | | | |
| 265. Exxon Mobil Corp | E | Dividend | N | T | | | | | |
| 266. Home Depot | D | Dividend | N | T | | | | | |
| 267. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 268. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | | | | | |
| 269. Microsoft Corp. | D | Dividend | N | T | | | | | |
| 270. Paypal Holdings Inc (spinoff from Ebay Inc) | | None | K | T | Spinoff (from line 292) | 07/27/15 | K | | |
| 271. Pepsico | D | Dividend | N | T | | | | | |
| 272. Pinnacle West Capital Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PPG Industries | C | Dividend | M | T | | | | | |
| 274. Praxair Inc | B | Dividend | | | Sold | 11/19/15 | L | | |
| 275. Varian Med Sys Inc | | None | M | T | | | | | |
| 276. Walgreens Boots Alliance Inc (formerly Walgreen Co) | A | Dividend | L | T | | | | | |
| 277. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 278. Zimmer Biomet Holdings Inc (formerly Zimmer Holdings) | A | Dividend | M | T | | | | | |
| 279. 3M Company | C | Dividend | L | T | | | | | |
| 280. Alps ETF TR Alerian MLP | D | Dividend | | | Sold | 11/19/15 | L | | |
| 281. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 282. AT&T | B | Dividend | K | T | | | | | |
| 283. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 284. Bard CR Inc | A | Dividend | M | T | | | | | |
| 285. Blackrock Inc | B | Dividend | M | T | Buy (add'l) | 11/19/15 | L | | |
| 286. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 287. California Resources Corp | | None | | | Sold | 02/03/15 | J | C | |
| 288. Chevron Corporation | D | Dividend | M | T | | | | | |
| 289. Chubb Corp | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 291. Conocophillips | D | Dividend | L | T | | | | | |
| 292. Ebay Inc | | None | K | T | | | | | |
| 293. EMC Corp | B | Dividend | M | T | | | | | |
| 294. General Electric | D | Dividend | M | T | | | | | |
| 295. Gilead Sciences Inc | B | Dividend | M | T | | | | | |
| 296. Alphabet Inc Cl A (formerly Google Inc Cl A) | | None | M | T | | | | | |
| 297. Alphabet Inc Cl C (formerly Google Inc Cl C) | A | Dividend | M | T | | | | | |
| 298. HBW Inc | A | Int./Div. | N | W | | | | | |
| 299. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 300. Ingersoll Rand Co | B | Dividend | M | T | | | | | |
| 301. Intel Corp | C | Dividend | M | T | | | | | |
| 302. Panera Bread Co Cl A | | None | N | T | | | | | |
| 303. Starbucks | D | Dividend | O | T | | | | | |
| 304. Roper Technology Inc (formerly Roper Industries Inc ) | A | Dividend | L | T | | | | | |
| 305. Thermo Fisher Scientific | A | Dividend | M | T | | | | | |
| 306. Verizon Communications | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Visa Inc | | None | M | T | Buy | 02/23/15 | L | | |
| 308. | | | | | Buy (add'l) | 11/19/15 | L | | |
| 309. Wesbanco | D | Dividend | N | T | | | | | |
| 310. Whole Foods Market Inc | C | Dividend | N | T | | | | | |
| 311. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 312. Pimco Commodity Real Return Strat | C | Dividend | | | Buy | 02/10/15 | L | | |
| 313. | | | | | Sold | 11/14/15 | L | | |
| 314. American Century Mutual Funds Inc Heritage | E | Dividend | M | T | | | | | |
| 315. Forum Funds Merk Hard Inst | B | Dividend | | | Sold | 05/06/15 | L | | |
| 316. Invesco Select Real Est Y | D | Dividend | L | T | | | | | |
| 317. T Rowe Price New Horizons A | E | Dividend | N | T | | | | | |
| 318. Wasatch Funds Inc 1st Source Long-Short | D | Dividend | L | T | | | | | |
| 319. Trust #5 | | | | | | | | | |
| 320. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 321. A&T | A | Dividend | J | T | | | | | |
| 322. Cisco Systems | A | Dividend | K | T | | | | | |
| 323. Conoco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Continental Resources | | None | J | T | | | | | |
| 325.  Danaher Corp | A | Dividend | K | T | | | | | |
| 326.  Eaton Corp PLC | A | Dividend | J | T | | | | | |
| 327.  General Electric | B | Dividend | K | T | | | | | |
| 328.  Honeywell | A | Dividend | K | T | | | | | |
| 329.  Kinder Morgan Energy | | None | J | T | | | | | |
| 330.  Kohls | A | Dividend | J | T | | | | | |
| 331.  McDonalds | A | Dividend | J | T | | | | | |
| 332.  McKesson Corp | A | Dividend | K | T | Sold (part) | 02/04/15 | K | E | |
| 333.  Oracle Systems | A | Dividend | K | T | | | | | |
| 334.  Phillips 66 | A | Dividend | J | T | | | | | |
| 335.  PPG Industries | A | Dividend | K | T | | | | | |
| 336.  Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 337.  Allergan Inc (merged with Actavis) | | None | K | T | Sold (part) | 03/18/15 | K | D | |
| 338.  Allergan Inc (merger Allergan/Actavis PLC) | | | | | Merged (with line 337) | 03/18/15 | K | | |
| 339.  Wells Fargo | A | Dividend | J | T | | | | | |
| 340.  WesMark Bond Fund #556 | B | Dividend | L | T | Buy (add'l) | 02/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 09/01/15 | J | | |
| 342. | | | | | Sold (part) | 10/08/15 | J | A | |
| 343.   Trust #6 | | | | | | | | | |
| 344.   Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |
| 345.   AT&T | C | Dividend | L | T | | | | | |
| 346.   Apple Computer | C | Dividend | M | T | | | | | |
| 347.   Boeing Company | B | Dividend | L | T | | | | | |
| 348.   Bristol Myers Squibb | D | Dividend | O | T | | | | | |
| 349.   Cisco Systems | B | Dividend | K | T | | | | | |
| 350.   Coca Cola Co | B | Dividend | L | T | | | | | |
| 351.   Commerce Bancshares | B | Dividend | L | T | | | | | |
| 352.   Conoco Phillips | B | Dividend | K | T | | | | | |
| 353.   Continental Resources | | None | J | T | | | | | |
| 354.   Eaton Corp | B | Dividend | K | T | | | | | |
| 355.   Exxon Mobil | B | Dividend | L | T | | | | | |
| 356.   Nextera Energy | B | Dividend | K | T | | | | | |
| 357.   Federated Total Return Bond Fund | D | Dividend | M | T | Sold (part) | 12/22/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 25 of 38

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Fluor Corp | A | Dividend | K | T | | | | | |
| 359. General Electric | C | Dividend | L | T | | | | | |
| 360. General Mills | B | Dividend | L | T | | | | | |
| 361. IBM | B | Dividend | K | T | | | | | |
| 362. JP Morgan Chase & Co | D | Dividend | N | T | | | | | |
| 363. Kinder Morgan Energy | | None | K | T | | | | | |
| 364. Kohls | B | Dividend | K | T | | | | | |
| 365. McDonalds | B | Dividend | K | T | | | | | |
| 366. Mondelez Intl | A | Dividend | K | T | | | | | |
| 367. Phillips 66 | A | Dividend | K | T | | | | | |
| 368. PPG Industries | B | Dividend | L | T | | | | | |
| 369. Precision Cast Parts | A | Dividend | L | T | | | | | |
| 370. Qualcom Inc | B | Dividend | K | T | | | | | |
| 371. Vanguard Emerging VIP | A | Dividend | K | T | | | | | |
| 372. Allergan (merged with Activis PLC) | | None | M | T | | | | | |
| 373. WesMark Bond Fund #556 | C | Dividend | N | T | | | | | |
| 374. Woodward Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Trust #7 | | | | | | | | | |
| 376. Wesmark WV Muni Bd Fnd #548 | E | Dividend | O | T | Sold (part) | 10/26/15 | M | | |
| 377. Wesmark Small Co Growth Fd #391 | E | Dividend | M | T | | | | | |
| 378. AT&T | D | Dividend | L | T | | | | | |
| 379. Apple Computer | D | Dividend | N | T | | | | | |
| 380. Artisan International Fd #661 | A | Dividend | M | T | | | | | |
| 381. Artisan MidCap Fund Class I | E | Dividend | M | T | | | | | |
| 382. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 383. BP PLC | D | Dividend | M | T | | | | | |
| 384. Boeing Co | C | Dividend | M | T | | | | | |
| 385. Borg Warner Inc | B | Dividend | L | T | | | | | |
| 386. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 387. CDK Global Inc | A | Dividend | | | Sold | 05/29/15 | K | D | |
| 388. Celgene | | None | M | T | | | | | |
| 389. Cerner Corp | | None | L | T | Buy | 10/22/15 | M | | |
| 390. Conoco Phillips | D | Dividend | M | T | | | | | |
| 391. Chevron Corp | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Cisco Systems | D | Dividend | M | T | | | | | |
| 393. Costco Wholeslae Corp | D | Dividend | M | T | | | | | |
| 394. Dow Chemical Co | C | Dividend | L | T | | | | | |
| 395. EMC Corp | C | Dividend | M | T | | | | | |
| 396. EOG Resources | D | Dividend | P1 | T | | | | | |
| 397. Express Scripts | | None | M | T | | | | | |
| 398. Eaton Corp | C | Dividend | L | T | | | | | |
| 399. Federated Intercontinental Fund #176 | C | Dividend | M | T | | | | | |
| 400. Fifth Third Bancorp | B | Dividend | L | T | | | | | |
| 401. General Electric Co. | D | Dividend | N | T | | | | | |
| 402. Gilead Sciences | B | Dividend | M | T | | | | | |
| 403. Alphabet Inc Cl A (formerly Google Inc Cl A) | | None | M | T | | | | | |
| 404. Alphabet Inc Cl C (formerly Google Inc Cl C) | A | Dividend | M | T | | | | | |
| 405. Home Depot | C | Dividend | M | T | | | | | |
| 406. 3M | C | Dividend | M | T | | | | | |
| 407. IBM | C | Dividend | M | T | | | | | |
| 408. Invesco Intl Growth Fd Cl I | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Mondelez International | B | Dividend | M | T | | | | | |
| 410. Oracle Systems | C | Dividend | M | T | | | | | |
| 411. PNC Financial Svc | C | Dividend | M | T | | | | | |
| 412. Parker-Hannifin | B | Dividend | L | T | | | | | |
| 413. Pepsico Inc | D | Dividend | M | T | | | | | |
| 414. Petsmart Inc | A | Dividend | | | Sold | 03/13/15 | L | D | |
| 415. Phillips 66 | C | Dividend | M | T | | | | | |
| 416. Prime Cap Odyssey Aggressive Growth | D | Dividend | L | T | Buy | 05/27/15 | L | | |
| 417. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 418. Qualcomm Inc | B | Dividend | L | T | | | | | |
| 419. Texas Instruments Inc | D | Dividend | N | T | | | | | |
| 420. Toll Brothers | | None | L | T | Buy | 10/22/15 | M | | |
| 421. Union Pacific Corp | C | Dividend | M | T | | | | | |
| 422. Unitedhealth Group | B | Dividend | L | T | Buy | 05/29/15 | L | | |
| 423. United Technologies | D | Dividend | N | T | | | | | |
| 424. US Bancorp | | None | L | T | | | | | |
| 425. WesBanco, Inc. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  Zimmer Holdings Inc | A | Dividend | L | T | | | | | |
| 427.  Trust #9 | | | | | | | | | |
| 428.  Apple Computer | C | Dividend | M | T | | | | | |
| 429.  Artisan International Fund #661 | A | Dividend | L | T | | | | | |
| 430.  Artisan MidCap Fund Cl I | E | Dividend | M | T | | | | | |
| 431.  Boeing Co | B | Dividend | K | T | | | | | |
| 432.  Borgwarner Inc | A | Dividend | K | T | | | | | |
| 433.  Celgene | | None | L | T | | | | | |
| 434.  Cerner Corp | | None | K | T | Buy | 10/22/15 | K | | |
| 435.  Conoco Phillips | B | Dividend | K | T | | | | | |
| 436.  Cisco Systems | B | Dividend | L | T | | | | | |
| 437.  Continental Resources | | None | J | T | | | | | |
| 438.  Costco Wholesale Corp | B | Dividend | K | T | | | | | |
| 439.  Dow Chemical Co | B | Dividend | K | T | | | | | |
| 440.  Eaton Corp PLC | B | Dividend | L | T | | | | | |
| 441.  EOG Resources | A | Dividend | L | T | | | | | |
| 442.  Express Scripts Holding Co | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Federated Intercontinental Fund #176 | B | Dividend | K | T | | | | | |
| 444. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 445. Haliburton | A | Dividend | K | T | | | | | |
| 446. Home Depot | A | Dividend | L | T | | | | | |
| 447. Hotchkis & Wiley Mid Cap Value Fund | D | Dividend | K | T | | | | | |
| 448. JP Morgan Chase | B | Dividend | K | T | | | | | |
| 449. Lyondellbasell Industries | B | Dividend | K | T | | | | | |
| 450. Macys | A | Dividend | K | T | | | | | |
| 451. Merck & Comapany | A | Dividend | K | T | | | | | |
| 452. Mondelez Intl | A | Dividend | K | T | | | | | |
| 453. Nike Inc Class B | A | Dividend | K | T | | | | | |
| 454. PNC Financial Services | A | Dividend | K | T | | | | | |
| 455. 3M | B | Dividend | L | T | | | | | |
| 456. Pepsico | B | Dividend | K | T | | | | | |
| 457. Petsmart | A | Dividend | | | Sold | 03/13/15 | K | C | |
| 458. Splunk Inc | | None | K | T | | | | | |
| 459. Texas Instruments | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 38

**Name of Person Reporting**

Stamp Jr, Frederick P.

**Date of Report**

05/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Toll Brothers Inc | | None | K | T | Buy | 10/22/15 | K | | |
| 461. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 462. Unitedhealth Group | A | Dividend | K | T | Buy | 05/29/15 | K | | |
| 463. United Technologies | C | Dividend | L | T | | | | | |
| 464. US Bancorp | | None | K | T | | | | | |
| 465. WesMark WV Muni #548 | A | Dividend | J | T | Sold (part) | 10/23/15 | L | B | |
| 466. WesMark Small Co Growth Fund | D | Dividend | L | T | | | | | |
| 467. WesBanco | C | Dividend | L | T | | | | | |
| 468. EMC Corp | A | Dividend | L | T | | | | | |
| 469. Trust #10 (Security National) | | | | | | | | | |
| 470. AT&T | B | Dividend | K | T | | | | | |
| 471. Abbott Labs | A | Dividend | K | T | | | | | |
| 472. Abbvie | B | Dividend | K | T | | | | | |
| 473. Air Prods & Chems Inc | C | Dividend | M | T | | | | | |
| 474. Apple Inc | B | Dividend | M | T | | | | | |
| 475. Caterpillar Inc | B | Dividend | K | T | | | | | |
| 476. Colgate Palmolive | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 38

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Chubb Corp | A | Dividend | K | T | Sold (part) | 11/25/15 | K | D | |
| 478. Devon Energy | B | Dividend | K | T | Sold (part) | 11/25/15 | J | C | |
| 479. Dominion Resources | B | Dividend | K | T | | | | | |
| 480. Duke Energy Corp | B | Dividend | K | T | Sold (part) | 02/20/15 | J | C | |
| 481. EMC Corp | A | Dividend | L | T | | | | | |
| 482. Exxon Mobil | C | Dividend | M | T | | | | | |
| 483. General Electric | B | Dividend | L | T | | | | | |
| 484. Gilead Sciences Inc | A | Dividend | L | T | | | | | |
| 485. Halyard Health Inc | | None | | | Sold | 02/20/15 | J | A | |
| 486. Home Depot | C | Dividend | M | T | Sold (part) | 11/25/15 | J | D | |
| 487. Intel | B | Dividend | L | T | | | | | |
| 488. IBM | C | Dividend | L | T | Sold (part) | 11/25/15 | J | B | |
| 489. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 490. Kimberly Clark | A | Dividend | | | Sold | 02/20/15 | K | D | |
| 491. Federated Prime Obligations | A | Dividend | L | T | | | | | |
| 492. Omnicom Gr | B | Dividend | L | T | | | | | |
| 493. Oracle | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Pepsico Inc | C | Dividend | L | T | | | | | |
| 495. Proctor & Gamble | C | Dividend | M | T | | | | | |
| 496. PNC Financial Svcs Group | B | Dividend | L | T | | | | | |
| 497. Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 498. United Technologies | B | Dividend | L | T | | | | | |
| 499. Verizon Communications | B | Dividend | K | T | | | | | |
| 500. Zimmer Biomet Holdings Inc. (formerly Zimmer Holdings) | A | Dividend | L | T | Sold (part) | 11/25/15 | K | D | |
| 501. Trust #11 (Security Nat'l) | | | | | | | | | |
| 502. Federal Prime - Obligations | A | Dividend | M | T | | | | | |
| 503. Vanguard ST Investment Grade Fund | C | Dividend | M | T | Buy (add'l) | 12/28/15 | J | | |
| 504. AT&T | B | Dividend | K | T | | | | | |
| 505. Abbott Labs | A | Dividend | K | T | | | | | |
| 506. Abbvie | B | Dividend | K | T | | | | | |
| 507. Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 508. Apple Inc | B | Dividend | L | T | | | | | |
| 509. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 510. Bard CR Inc Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Blackrock Inc | A | Dividend | K | T | | | | | |
| 512. CVS Health Corp | A | Dividend | K | T | | | | | |
| 513. Caterpillar Inc | B | Dividend | K | T | | | | | |
| 514. Chevron Corporation | B | Dividend | K | T | | | | | |
| 515. Chubb Corp | B | Dividend | L | T | | | | | |
| 516. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 517. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 518. Conocophillips | C | Dividend | K | T | | | | | |
| 519. Dow Chemical | A | Dividend | K | T | | | | | |
| 520. Duke Energy | B | Dividend | K | T | | | | | |
| 521. Ebay Inc | | None | J | T | | | | | |
| 522. EMC Corp Mass | A | Dividend | K | T | | | | | |
| 523. Exxon Mobil | B | Dividend | K | T | | | | | |
| 524. Thermo Fisher | A | Dividend | L | T | | | | | |
| 525. General Electric Co | A | Dividend | K | T | | | | | |
| 526. Gilead Sciences Inc | B | Dividend | M | T | | | | | |
| 527. Home Depot | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stamp Jr, Frederick P.**

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  IBM | A | Dividend | J | T | | | | | |
| 529.  Intel Corp | B | Dividend | K | T | | | | | |
| 530.  Ishares MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 531.  Johnson & Johnson | B | Dividend | L | T | | | | | |
| 532.  Microsoft | A | Dividend | K | T | | | | | |
| 533.  Omnicom Group | A | Dividend | K | T | | | | | |
| 534.  Paypal Holdings Inc (spinoff Ebay Inc) | | None | K | T | Spinoff (from line 521) | 07/27/15 | K | | |
| 535.  Pepsico Inc | B | Dividend | K | T | | | | | |
| 536.  PPG Industries | A | Dividend | K | T | | | | | |
| 537.  Praxair | A | Dividend | K | T | | | | | |
| 538.  Proctor & Gamble | B | Dividend | K | T | | | | | |
| 539.  Qualcomm Inc | B | Dividend | K | T | | | | | |
| 540.  Quest Diagnostics | A | Dividend | K | T | | | | | |
| 541.  3M Com | B | Dividend | L | T | | | | | |
| 542.  United Technologies | A | Dividend | K | T | | | | | |
| 543.  Verizon Communications | B | Dividend | K | T | | | | | |
| 544.  Visa Inc | A | Dividend | L | T | Buy | 03/11/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 38

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Wallgreens Boots Alliance Inc (formerly Walgreen Co) | B | Dividend | L | T | | | | | |
| 546. Wells Fargo | B | Dividend | K | T | | | | | |
| 547. Zimmer Holdings | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Stamp Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544